IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                                                      **PLAINTIFF**

VS.                                         No. 4:24-cv-00802-BRW

**JACKSON, Sheriff,**
**Jefferson County,** *et al.*                                                                              **DEFENDANTS**

## ORDER

On September 19, 2024, *pro se* Plaintiff Carlos Ray Frazier, an Arkansas Division of Correction ("ADC") inmate, filed this action under 42 U.S.C. § 1983.[1] Because Mr. Frazier is a "three-striker,"[2] he can proceed in forma pauperis only if he is currently in imminent danger of serious physical injury.[3]

Mr. Frazier alleges *past* incidents of being "jumped" by inmates and sprayed with mace.[4] These alleged facts and claims are insufficient to reasonably suggest that Mr. Frazier faces an imminent danger of serious physical injury.

Based on Mr. Frazier's status as a three-striker and his failure to satisfy the imminent-danger-of-serious-physical-injury stander, by Order dated September 26, 2024, he was ordered to

---

[1] Doc. 2.

[2] The following dismissals are "strikes" for purposes of 28 U.S.C. § 1915(g): *Frazier v. Baker, et al.*, No. 4:22-CV-00614-JM (E.D. Ark. Sept. 21, 2022) (dismissed for failure to state a claim); *Frazier v. Craig, et al.*, No. 4:22-CV-00641-BRW (E.D. Ark. Oct. 5, 2022) (dismissed for failure to state a claim); *Frazier v. Sloan*, No. 4:22-CV-00661-BSM (E.D. Ark. Sept. 21, 2022) (dismissed for failure to state a claim); *Frazier v. Guynn, et al.*, No. 4:22-CV-00691-BRW (E.D. Ark. Aug. 16, 2022) (dismissed for failure to state a claim).

[3] See 28 U.S.C. § 1915(g); *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998).

[4] Doc. 2 at 6–12.

pay the $405 filing and administrative fees within 30 days.[5] The Order specifically cautioned Mr. Frazier that his failure to timely pay the filing and administrative fees would result in dismissal of his claims without prejudice.[6] To date, Mr. Frazier has not complied with the Court's September 26 Order, and the time to do so has passed.

I withdraw the reference. Mr. Frazier's complaint is DISMISSED without prejudice based on his failure to comply with the Court's September 26, 2024 Order and prosecute this lawsuit. The Clerk of the Court is instructed to close this case. I certify that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[7]

IT IS SO ORDERED this 12th day of November, 2024.

                                  BILLY ROY WILSON  
                              UNITED STATES DISTRICT JUDGE

---

[5] Doc. 3.

[6] *Id.* at 3.

[7] 28 U.S.C. § 1915(a)(3).