IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                                                   **PLAINTIFF**

**VS.**                                  No. 4:24-cv-00802-BRW

**JACKSON, Sheriff,**
**Jefferson County,** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order filed this date, this case is dismissed without prejudice.

DATED this 12th day of November, 2024.

                                                          BILLY ROY WILSON
                                     UNITED STATES DISTRICT JUDGE